Order issued October 3, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01042-CV

## INWOOD ON THE PARK APARTMENTS, Appellant

V.

## STEPHANIE MORRIS AND ALL OCCUPANTS OF 5720 FOREST PARK ROAD, APT. 4107, DALLAS, TEXAS 75235, Appellees

### ORDER

Before Justices FitzGerald, Murphy, and Fillmore

The Motion for Rehearing En Banc filed by appellee is hereby OVERRULED.

_____
MARY MURPHY
JUSTICE